AMANDA ENGSTROM v. CITY OF MINNEAPOLIS.

November 29, 1899.

Nos. 11,786—(123).

**Municipal Corporation—Notice of Personal Injury—Laws 1897, c. 248.**
Bausher v. City of St. Paul, 72 Minn. 539, adhered to as to the necessity of complying with the provisions of Laws 1897, c. 248, as a condition precedent to the right to maintain an action.

Action in the district court for Hennepin county to recover $5,000 damages for personal injuries caused by the negligence of defendant in allowing snow and ice to accumulate on the sidewalk. From an order, Simpson, J., sustaining a demurrer to the complaint, plaintiff appealed. Affirmed.

W. S. Dwinnell, for appellant.

Frank Healey and L. A. Dunn, for respondent.

COLLINS, J.

The only question raised by this appeal was disposed of in Bausher v. City of St. Paul, 72 Minn. 539, 75 N. W. 745, in which it was held that Laws 1897, c. 248, requiring notice to cities and villages of an injury for which damages were claimed, is mandatory, and that such notice is a condition precedent to the right to maintain an action to recover such damages. See also Doyle v. City of Duluth, 74 Minn. 157, 76 N. W. 1029. We have no occasion to add to what was said in these cases in support of the conclusion reached. They were properly determined, in our opinion.

Because of some statements of appellant's counsel in his brief, it is well enough to say that we have not held that special charter provisions providing for notice of injuries have been repealed by chapter 248. The question has never been before us, and is not in this case.

Order affirmed.